NUMBER
13-10-00658-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

FELIX TAPIA AND
TORNADO BUS COMPANY, INC.,   APPELLANTS,

 

                                                             v.

 

MARIA CANTU, ET AL.,                                                          APPELLEES.


____________________________________________________________

 

                          On
Appeal from the 138th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellants
perfected an appeal from a judgment entered by the 138th District Court of
Cameron County, Texas, in cause number 2008-09-5192-B.  Appellants have filed
an unopposed motion to dismiss the appeal on grounds that the parties have
resolved and settled their dispute.  Appellants request that this Court dismiss
the appeal.

The
Court, having considered the documents on file and appellants’ unopposed motion
to dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a). 
Appellants’ motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs
will be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellants= request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

 

Delivered and filed the

10th day of March, 2011.